## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-20728-BB

HOWARD MICHAEL CAPLAN,

       Plaintiff,

       vs.

K.A.M. AUTO PARTS INC., a Florida Profit Corporation and INVESTMENTS DC LLC, a Florida Limited Liability Company

       Defendant(s).
_____/

## **NOTICE OF SETTLEMENT**

    The undersigned counsel hereby files this Notice of Settlement and gives notice to this Honorable Court that the parties are in the process of completing settlement documents which will resolve all the issues pertaining to this lawsuit and will be submitting a Stipulation of Dismissal shortly thereafter.

Respectfully submitted,

By: *Ronald Stern*
Ronald Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
The Advocacy Law Firm, P.A.
1250 E. Hallandale Beach Blvd.
Suite 503
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:22-cv-20728-BB

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

K.A.M. AUTO PARTS INC., a Florida Profit Corporation and INVESTMENTS DC LLC, a Florida Limited Liability Company

      Defendant(s).
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 27, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald Stern*
Ronald Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
The Advocacy Law Firm, P.A.
1250 E. Hallandale Beach Blvd.
Suite 503
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff